IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL MURRILLO,<br><br>Defendant. | Case No.: 1:17-CR-00198-001 LJO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on April 29, 2019, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __April 29, 2019__        _____/s/ Lawrence J. O'Neill_____
                                 UNITED STATES CHIEF DISTRICT JUDGE